ORDERED in the Southern District of Florida on Feb 22, 2011

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  
RICARDO AND HAYDEE MACHIN,  
    Debtors.  
_____/

Case No. 10-39277-LMI  
Chapter 13

### ORDER ON OBJECTION TO CLAIM OF WELLS FARGO FINANCIAL (CLAIM # (3)

**THIS MATTER** having come to be heard on this 1st day of February 2011 upon Debtors' Objection to Claim of Wells Fargo Financial (claim#3) and the judge having heard argument of debtors' counsel ,IT IS;

**ORDERED AND ADJUDGED:**

1. That the Objection to the claim of Wells Fargo Financial (claim#3) is SUSTAINED.

2. That the ~~Objection to~~ claim of Wells Fargo Financial (claim #3) is *lmi* STRICKEN.

# # #

This order prepared by:  
Robert Sanchez, Esq.  
900 W 49th St., Suite 500  
Hialeah, FL 33012  
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.