ORDERED in the Southern District of Florida on **Feb. 22, 2011**

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                          Case No. 10-39277-LMI
RICARDO AND HAYDEE MACHIN,      Chapter 13
    Debtors.
_____/

## ORDER ON OBJECTION TO CLAIM OF WELLS FARGO (CLAIM # (6)

**THIS MATTER** having come to be heard on this 1st day of February 2011 upon Debtors' Objection to Claim of Wells Fargo (claim#6) and the judge having heard argument of debtors' counsel ,IT IS;

**ORDERED AND ADJUDGED:**

1. That the Objection to the claim of Wells Fargo (claim#6) is SUSTAINED.

2. That the ~~Objection to~~ claim of Wells Fargo (claim #6) is STRICKEN. *lmi*

### # # #

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL 33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.