UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

RICARDO MACHIN                                        Case No. 10-39277-LMI
HAYDEE MACHIN ,

    Debtors.                                                    Chapter 13
_____/

## WELL FARGO FINANCIAL NATIONAL BANK'S MOTION TO ALTER, AMEND OR VACATE ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 3

COMES NOW WELLS FARGO FINANCIAL NATIONAL BANK (hereinafter "WELLS FARGO"), by and through its undersigned counsel, and pursuant to 11 U.S.C. 502(j) and Bankruptcy Rule 9024 hereby moves this Court to vacate the Court's Order Sustaining Objection to Claim No. 3 of WELLS FARGO [Docket No. 73], and in support states:

1. On or about December 21 2010, WELLS FARGO filed a Proof of Claim in the amount of $4906.18. The claim indicated it was secured by a lien on furniture.

2. On or about December 13, 2010, WELLS FARGO filed an Objection to Confirmation because the Plan did not provide for WELLS FARGO's secured claim. [Docket No. 45]

3. On January 4, 2011, the Debtors filed an Objection to WELLS FARGO's Claim No. 3 ("Objection") [Docket No. 49]. In the Objection, the Debtors asserted that they surrender and abandon any and all interest in the collateral, and that the claim should be stricken and disallowed.

4. On February 22, 2011, the Court entered an Order on the Debtors' Objection [Docket No. 49]. The Order states that WELLS FARGO's claim is stricken.

5. WELLS FARGO reserves the right to assert an unsecured claim in the event the collateral is surrendered. See In re Matthews , 313 B.R. 489, 496 (Bankr. M.D. Fla. 2004).

6. While the Debtors' Objection to WELLS FARGO's Claim No. 3 states the

Debtors surrender and abandon any interest in the collateral, WELLS FARGO has not yet received possession of that property. Pursuant to Section 1325, surrender of collateral must be completed at or before the confirmation of the Chapter 13 Plan. <u>In re White</u>, 487 F.3d 199, 207 (4th Cir. 2007).

7. Under the circumstances of this case, the Bankruptcy Code does not provide for striking the claim of WELLS FARGO. At a minimum, WELLS FARGO's claims should be allowed a unsecured.

8. Counsel for the Debtors has advised she has no objection to the relief requested.

WHEREFORE, WELLS FARGO requests this Court vacate the Court's Order Sustaining Objection to Claim of Wells Fargo, allow the claim as unsecured, and grant any other relief this Court believes is just and proper.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

<u>/s/DENNIS J. LEVINE, ESQ.</u>
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777
(813) 253-0975 (fax)
Attorneys for WELLS FARGO

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Motion to Vacate has been furnished either by electronic or standard first class mail to the parties listed below on this 3rd day of March, 2011.

                                /s/DENNIS J. LEVINE, ESQ.
                                DENNIS J. LEVINE, ESQ.

Ricardo Machin and Haydee Machin
5130 SW 112 Ave
Miami, FL 33165

Robert Sanchez, Esq.
900 W. 49 St., #500
Hialeah, FL 33012

Nancy Herkert, Trustee
P.O. Box 279806
Miramar, FL 33027