ANY UNSECURED CLAIM MUST BE FILED WITHIN 30 DAYS OF RECOVERY OF THE COLLATERAL EVEN IF THE COLLATERAL HAS NOT YET BEEN SOLD AND THE UNSECURED CLAIM MUST BE ESTIMATED. LMI



ORDERED in the Southern District of Florida on March 10, 2011.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:

RICARDO MACHIN                         Case No. 10-39277-LMI
HAYDEE MACHIN ,

    Debtors.                            Chapter 13
_____/

**AGREED ORDER GRANTING MOTION TO ALTER, AMEND OR VACATE ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 3**

THIS CAUSE came on before the Court ex parte upon the Motion to Alter, Amend or Vacate Order Sustaining Debtors' Objection to Claim No. 3 [Docket No. 81] filed by WELLS FARGO FINANCIAL NATIONAL BANK (hereinafter "WELLS FARGO"). Upon the Court being advised that the parties have agreed to the entry of an Order Granting Motion to Alter, Amend or Vacate Order Sustaining Objection to Claim, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.WELLS FARGO's Motion to Alter, Amend or Vacate Order Sustaining Debtors' Objection to Claim No. 3 [Docket No. 81] is GRANTED.

2.The Order Sustaining Objection to Claim No. 3 [Docket No. 73] is hereby VACATED.

3.The Debtors agree to surrender the collateral to WELLS FARGO.

4.WELLS FARGO has the right to assert an unsecured claim in the event there is a balance due after repossession and sale of its collateral.

5.The Debtors shall reset the Objection to Claim No. 3 for hearing, or in the alternative, submit an Agreed Order in the event the parties resolve the matter as to the amount of the claim.

##

Submitted by:

Dennis J. LeVine, Esq.
Attorney for Wells Fargo
P.O. Box 707
 Tampa, FL 33601-0707
(813) 253-0777


(Attorney LeVine shall serve a copy of this Order on the Debtor; Debtor's Attorney and the Trustee and file a certificate of service with this Court)